**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43971-JPC |
| | § | |
| LOANNA E WARREN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 12/02/2010, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/28/2010      By: /s/ David P. Leibowitz
                                                                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-43971-JPC |
| | § | |
| LOANNA E WARREN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                     $4,324.13
*and approved disbursements of*                                          $1,059.30
*leaving a balance on hand of*[1]:                                        $3,264.83

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,264.83

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $816.21 | $0.00 | $816.21 |
| David P. Leibowitz, Trustee Expenses | $61.92 | $0.00 | $61.92 |

Total to be paid for chapter 7 administrative expenses:     $878.13
Remaining balance:     $2,386.70

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (10/1/2010)**

|  | Remaining balance: | $2,386.70 |
|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,386.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $9,841.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Chase Bank USA,N.A. | $306.35 | $0.00 | $74.30 |
| 2 | U.S. Bank N.A. | $3,336.45 | $0.00 | $809.14 |
| 3 | Fia Card Services, NA/Bank of America | $6,198.62 | $0.00 | $1,503.26 |

|  | Total to be paid to timely general unsecured claims: | $2,386.70 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST-Form 101-7-NFR (10/1/2010)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dwilliams              Page 1 of 1                  Date Rcvd: Oct 29, 2010
Case: 09-43971                 Form ID: pdf006              Total Noticed: 19

The following entities were noticed by first class mail on Oct 31, 2010.
db          +LoAnna E Warren,    968 N Hudson,    Chicago, IL 60610-2965
aty         +Michelle K Hinds,    Legal Helpers,    233 S. Wacker Dr., Suite 5150,    Chicago, IL 60606-6371
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
14747565     Andre Warren,   3377 Kestrel Dr.,    Colorado Springs, CO 80916-5718
14747566    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14747567    +Capital One,   PO Box 60000,    Attn: Bankruptcy Dept,    Seattle, WA 98190-6000
15447683    +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P.O.Box 740933,
              Dallas, TX 75374-0933
14927900     CitiMortgage , Inc,    1000 Technology Drive,    O Fallon, Missouri 63368-2240
14747568    +Citibank,    701 East 60th Stre,    Sioux Falls, SD 57104-0493
14747569    +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
14747570     Digital Fed Credit Uni,    229 Donald Lynch Bv,    Marlborough, MA 01752
14747573    +Manus Northwestern Oral Health Ctr,    676 North Michigan Ave.,    35th Floor,
              Chicago, IL 60611-2883
15650050    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201-5229)
14747574    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
The following entities were noticed by electronic transmission on Oct 30, 2010.
aty         +E-mail/Text: notice@billbusters.com                             Martin A. Lear,
              Law Offices of Ernesto D. Borges,    105 West Madison,    23rd Floor,    Chicago, IL 60602-4647
14747564     E-mail/Text: ebnbankruptcy@ahm.honda.com                              American Honda Finance,
              3625 W Royal Lane,    Irving, TX 75063
15686728     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2010 02:53:24
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14747571     E-mail/Text: ebnbankruptcy@ahm.honda.com                              Honda Financial,
              PO Box 650024,    Dallas, TX 75265
14747572    +E-mail/PDF: cr-bankruptcy@kohls.com Oct 30 2010 02:53:29      Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 31, 2010**                    **Signature:**    *Joseph Speetjens*